IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CASE NO. DKC-22-429 |
| OJ RASHAD GREEN | : | |

...oooOooo...

## LINE

Madam Clerk:

Please enter the appearance of Leah Grossi as co-counsel for the government for all purposes in the above-captioned case.

Respectfully submitted,

Erek L. Barron
United States Attorney

   4/10/2023             By:      /s/
    DATE                      Leah Grossi
                             Assistant United States Attorney